IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|     Respondent/Plaintiff,            ) | |
| vs.                                                              ) | No. 3:99-CR-0236-D (02) |
|                                              ) | No. 3:03-CV-0896-D |
| BONIFACE SULEMAN ODIODIO,     ) | |
|     Movant/Defendant.             ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** movant's motions for discovery and to vacate mandate that are contained within the attachments to his motion to vacate filed pursuant to 28 U.S.C. § 2255. By judgment filed today, movant's § 2255 motion is denied.

**SO ORDERED**.

November 7, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[*]The Magistrate Judge filed her Findings, Conclusions, and Recommendation on August 24, 2005. Because movant is shown on the docket sheet to reside in Lagos Nigeria, the court has waited until now to act on the Findings, Conclusions, and Recommendation. Because suffcient time has elapsed for movant to receive the Findings, Conclusions, and Recommendation and file objections, the court, following *de novo* review, is adopting the Findings, Conclusions, and Recommendation today.